# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Ann Kimbrough,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Zimmer, Inc., et al,** )<br>)<br>)<br>**Defendants.** ) | No. 12 C 4708<br><br>Judge Rebecca R. Pallmeyer |

## ORDER

Pursuant to Stipulation, the above cause is dismissed with prejudice, each party to bear its own costs.

ENTER:

Dated: February 19, 2015

_____
REBECCA R. PALLMEYER
United States District Judge